# Baldwin Technical Support, Inc.

# Invoice

87 Willow Street
Garden City, NY 11530

| Date | Invoice # |
|---|---|
| 1/12/2007 | 5326 |

**Bill To**

Yerushalmi and Associates
111 Great Neck Rd.
Suite 418
Great Neck NY 11021

PAID

| Hours | Description | Rate | Amount |
|---|---|---|---|
| 1 | Consulting services - Janet Baldwin for the month of December 2006 | 4,000.00 | 4,000.00 |
| 1 | Consulting services - reconciliation for overtime for 2006 including 23 weekend days, 3 holidays | 5,200.00 | 5,200.00 |
| 1 | Consulting services - reconciliation for services of Walter Mullen - 20% | 2,300.00 | 2,300.00 |
| | | **Total** | **$11,500.00** |

# Baldwin Technical Support, Inc.

87 Willow Street
Garden City, NY 11530

# Invoice

| Date | Invoice # |
|---|---|
| 12/8/2006 | 5307 |

**Bill To**

Yerushalmi and Associates
111 Great Neck Rd.
Suite 418
Great Neck NY 11021

*PAID*

| Hours | Description | Rate | Amount |
|---|---|---|---|
| 1 | Consulting services - Janet Baldwin for the month of November, 2006 | 4,000.00 | 4,000.00 |

| | Total | $4,000.00 |
|---|---|---|